United States District Court
Southern District of Texas
**ENTERED**
March 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-14-124-3 |
| | § § § § | |
| DEBBIE MOYA MARTINEZ | § | |

**O R D E R**

The defendant filed an unopposed motion to extend the deadlines to file objection to the presentence report and for a continuance of the sentencing hearing, (Docket Entry No. 196). The motion is GRANTED. Objections to the presentence report are due by May 23, 2016. The sentencing hearing is reset to **June 7, 2016 at 9:00 a.m.**

SIGNED on March 29, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge